# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 05-413 | MAGIS. NO: |
| V.<br><br>**DAVID ALLEN JAMES** | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>David Allen James | |
| **DOB:**      **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:**   INDICTMENT | DISTRICT OF ARREST | |
| **TO:**  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE

**FILED**

JUN 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| **IN VIOLATION OF:** | UNITED STATES CODE TITLE & SECTION:<br><br>21:841(a)(1) and 841(b)(1)(B)(iii) |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE ALAN KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>11/17/05 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>*[signature]* | DATE:<br>11/17/05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  6/30/08 | NAME AND TITLE OF ARRESTING OFFICER<br>*Receiving*<br>DUSM Julie Carrillo | SIGNATURE OF ARRESTING OFFICER<br>*Receiving*<br>*[signature] Julie Carrillo* |
|---|---|---|
| DATE EXECUTED 6/30/08 | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |