CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.       )<br>)<br>)<br>)<br>DAVID ALLEN JAMES     )<br>) | Criminal Number 05-413 (JR)<br><br>Category  B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on July 9, 2008 from The Calendar Committee to Judge James Robertson by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Robertson & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk