# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-413 (JR)** |
| | : | |
| v. | : | |
| | : | |
| **DAVID ALLEN JAMES,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney B. Patrick Costello, Jr., at telephone number (202) 514-7364 and/or email address B.Patrick.Costell@usdoj.gov . B. Patrick Costello, Jr. will substitute for Assistant United States Attorney Angela S. George and Lynn Holiday as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____/s/_____
B. PATRICK COSTELLO, JR
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 514-7364
B.Patrick.Costello@usdoj.gov

Case 1:05-cr-00413-JR    Document 5    Filed 07/10/2008    Page 2 of 2