UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No.   05-413 (JR) |
| | : | |
| v. | : | |
| | : | |
| DAVID JAMES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## NOTIFICATION OF RELATED CASES

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits a Notification of Related Cases in the above-captioned matters.

Defendant David James currently has two criminal cases pending in the United States District Court for the District of Columbia, to wit, case 05-413, assigned to the Honorable James Robertson, and case 08-202, assigned to the Honorable Richard J. Leon.  The latter case, 08-202, was inadvertently assigned to Judge Leon even though the defendant has an open criminal case already pending before Judge Robertson.

The Local Rules of the United States District Court for the District of Columbia provide that "[c]riminal cases are deemed related when . . . (ii) more than one indictment is filed or pending against the same defendant or defendants," and "[a] case is considered pending until a defendant has been sentenced."  Local Criminal Rule (LCrR) 57.12(a)(1).  Further,

> [w]henever an attorney for a party in a civil or criminal action becomes aware of the existence of a related case or cases, the attorney shall immediately notify, in writing, the judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.  Upon receiving information from any source concerning a relationship between pending cases, the Clerk shall

transmit that information in writing to the judges on whose
calendars the cases appear and to all parties to the proceeding.

LCrR 57.12(b)(3). In an instance such as this "[w]here the existence of related cases in this Court is revealed after the cases are assigned, the judge having the later-numbered case may transfer that case to the Calendar and Case Management Committee for reassignment to the judge having the earlier case." Id. at 57.12(c)(2). Thereafter, "[i]f the Calendar and Case Management Committee finds that good cause exists for the transfer, it shall assign the case to the judge having the earlier case." Id.

Accordingly, because Judge Robertson is assigned to the defendant's earlier case, the United States herein respectfully gives notice that defendant's later-numbered case, 08-202, is on Judge Leon's calendar and that the Local Rules and the interests of judicial economy suggest that this case should be on Judge Robertson's calendar.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By: _____/s/_____
B. PATRICK COSTELLO, JR.
Assistant U.S. Attorney
D.C. Bar 483231
U.S. Attorney's Office
555 4th Street, N.W., Room 4235
Washington, D.C. 20530
202-514-7364
B.Patrick.Costello@usdoj.gov